# Third District Court of Appeal

## State of Florida

Opinion filed October 30, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1482
Lower Tribunal No.  F16-12172B
_____

**Calvin P. Washington,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Calvin P. Washington, in proper person.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before SCALES, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Carter v. State</u>, 786 So. 2d 1173, 1178 (Fla. 2001) (defining illegal sentence); <u>see also</u> Fla. R. Crim. P. 3.850(b) (setting forth two-year limitation on motion to correct illegal sentence).